# Exhibit K

[Entire Exhibit Proposed to be Filed Under Seal]

1  Zhener Low (State Bar No. 355279)
   zhener@moni.law
2  **Morrow Ni LLP**
   3333 Michelson Drive Suite 300
3  Irvine, CA 92612
   Telephone: (213) 282-8166
4
   *Attorneys for Petitioner*
5  *Shanghai Tyron Semiconductor Equipment Co., Ltd.*

FILED

NOV 27 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  SHANGHAI TYRON SEMICONDUCTOR            Case No.
   EQUIPMENT CO., LTD., a Chinese
10 Corporation                             C 24 08551 NC

11             Petitioner,
12      v.                                 [PROPOSED] TEMPORARY
                                           RESTRAINING ORDER
13 Capital Asset Exchange and Trading, LLC, a
   California Limited Liability Company,
14
15
               Respondent.
16

CASE NO. To be assigned                                    [PROPOSED] ORDER

THIS COURT, having read and considered Petitioner Shanghai Tyron Semiconductor Equipment Co., Ltd.'s ("Tyron" or "Petitioner") *Ex Parte* Motion for Temporary Restraining Order, the Memorandum of Points and Authorities in support of the *Ex Parte* Motion for Temporary Restraining Order, Declaration of Zhener Low in support of the *Ex Parte* Motion for Temporary Restraining Order, hereby finds:

1. Good cause exists to hear and grant the Temporary Restraining Order *ex parte* and without notice to Respondents. In light of Respondent's failure to satisfy its delivery obligation under the Purchase Contracts and purchase orders over a 2-year period, Respondent's silence in response to Petitioner's requests for delivery and attempts to communicate, Respondent's failure to attend the arbitration while notice was given, and Respondent's involvement in multiple lawsuits for failure to deliver under other contracts, Petitioner has shown good cause that Respondent is likely to dissipate and/or shield its U.S. assets from enforcement before the temporary restraining order issues.

2. Good cause exists to grant a temporary restraining order to temporarily enjoin Respondent from dissipating its assets, rendering the interim Award Petitioner seeking to confirm meaningless. Petitioner has shown a likelihood of succeeding on the merits of its Petition. Petitioner has sufficiently shown that they will suffer irreparable harm if a temporary restraining order is not granted, that the balance of equities strongly favors granting a temporary restraining order and that granting the Motion is in the public interest.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

3. That Respondent and any other person or entity participating with or acting for, on behalf of, or in concert with Respondent, is temporarily enjoined and restrained from directly or indirectly, by any means whatsoever, selling, removing, dissipating, alienating, transferring,

CASE NO. To be assigned                 1                 [PROPOSED] ORDER

assigning, changing ownership, encumbering, or other similarly dealing with assets of the Respondent. The total amount of such assets shall not exceed the amount of damages, i.e. $5,366,500 USD.

    4. All banks, brokerage, payment processing and other financial institutions and other persons or entities that receive actual notice of this order by any means, holding any funds or other assets in the name, for the direct or indirect benefit, or under the direct or indirect control of Respondent, or over which Respondent exercises actual or apparent authority, wherever located, shall hold and retain within their control and prohibit the withdrawal, removal, sale, payment, transfer, dissipation, assignment, pledge, alienation, encumbrance, diminution in value, or other disposal of any such funds or other assets; and that such funds and assets be frozen.

    5. That no bond shall be required for this temporary restraining order.

This temporary restraining order shall expire fourteen (14) days after entry, unless before that time the Court renders a ruling on the Petitioner, the Court extends it for a like period, or the adverse parties consent to a longer extension. All supporting pleadings and papers of this temporary restraining order shall be served upon Respondent within \_\_\_\_ days of this temporary restraining order.

**IT IS SO ORDERED.**

DATED:_____

HOUR: _____

_____
UNITED STATES DISTRICT JUDGE