

# U.S. District Court

### California Northern - San Jose

**THIS IS A COPY**

Receipt Date: Nov 27, 2024 1:05PM

Ace Attorney Service
800 S. Figueroa Street
Suite 900
Los Angeles, CA 90017

Rcpt. No: 511019309           Trans. Date: Nov 27, 2024 1:05PM           Cashier ID: #SC

| CD  | Purpose                     | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-----------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                      | 1   | 405.00 | 405.00 |

| CD | Tender |          |            | Amt      |
|----|--------|----------|------------|----------|
| CH | Check  | #252828  | 11/27/2024 | $405.00  |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments:** 5:24-08551-NC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.