UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHANGHAI TYRON SEMICONDUCTOR EQUIPMENT CO., LTD.,<br><br>       Plaintiff,<br><br>  v.<br><br>CAPITAL ASSET EXCHANGE AND TRADING, LLC,<br><br>       Defendant. | Case No.  5:24-cv-08551-EJD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND CONTINUING JURISDICTION OVER SETTLEMENT**<br><br>Re: Dkt. No. 25 |

The Court is in receipt of the Joint Status Report filed on March 14, 2025.  ECF No. 25. The parties indicate that they have executed a settlement agreement and request that the Court retain jurisdiction to enforce the agreement.  *Id.*  Accordingly, the Court orders this case **DISMISSED WITH PREJUDICE**.  The Court retains jurisdiction to oversee any disputes regarding the enforcement of the settlement.  *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 375 (1994) ("In the event of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), the court may, in its discretion, make . . . retention of jurisdiction over the agreement[] part of its order. When dismissal occurs pursuant to Rule 41(a)(1)(ii), the district court is empowered (with the consent of the parties) to . . . retain jurisdiction over the settlement contract itself.").

     **IT IS SO ORDERED.**

Dated: Mach 14, 2025

EDWARD J. DAVILA
United States District Judge