WILLIAM J. FRIMEL (Bar No. 160287)
Seubert Frimel & Warner LLP
1075 Curtis Street
Menlo Park, CA 94025
Tel: 650.322.3048
Fax: 650.833.2976
bill@sffwlaw.com

Attorneys for Respondent
CAPITAL ASSET EXCHANGE & TRADING LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANGHAI TYRON SEMICONDUCTOR EQUIPMENT CO., LTD., a Chinese corporation,<br><br>        Petitioner,<br><br>   v.<br><br>CAPITAL ASSET EXCHANGE & TRADING LLC, a California limited liability company,<br><br>        Respondent. | Case No. 5:24-cv-08551-EJD<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION BY RESPONDENT CAPITAL ASSET EXCHANGE & TRADING LLC TO STAY ENTRY OF STIPULATED JUDGMENT, OR, IN THE ALTERNATIVE, TO STAY ENFORCEMENT OF STIPULATED JUDGMENT** |

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION**

The *ex parte* application by Respondent Capital Asset Exchange & Trading LLC ("CAET") to stay the entry, and/or execution, of the Stipulated Judgment attached as Exhibit A to the Settlement Agreement and Mutual Release entered into by CAET and Petitioner Shanghai Tyron Semiconductor Equipment Co., Ltd. ("Tyron") dated as of February 1, 2025 (the "Stipulated Judgment") came on for a hearing in the above-entitled court.  Having reviewed CAET's *ex parte* application, and good cause appearing, the Court hereby ORDERS as follows, pursuant to Fed. R. Civ. P. 60 and 62:

Tyron shall not enter or execute the Stipulated Judgment until the U.S. Office of Foreign Assets Control ("OFAC") has responded to CAET's request for a license and/or guidance regarding CAET's ability to lawfully return funds to Tyron, unless OFAC determines that CAET is not lawfully able to do so.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Edward J. Davila
United States District Judge