Xinlin Li Morrow (State Bar No. 281707)
xinlin@moni.law
Jing He (State Bar No. 352460)
jing@moni.law
**Morrow Ni LLP**
3333 Michelson Drive Suite 300
Irvine, CA 92612
Telephone: (213) 282-8166

*Attorneys for Petitioner*
*Shanghai Tyron Semiconductor Equipment Co., Ltd.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanghai Tyron Semiconductor Equipment Co., Ltd., a Chinese Corporation<br><br>Petitioner,<br><br>v.<br><br>Capital Asset Exchange and Trading, LLC, a California Limited Liability Company,<br><br>Respondent. | Case No. 5:24-cv-08551-EJD<br><br>**[PROPOSED] ORDER GRANTING PETITIONER'S REQUEST FOR INTRIM RELIEF**<br><br>Date: April 10, 2025<br>Time: 09:00 AM<br>Place: San Jose, Courtroom 4, 5th Floor<br>Judge: Edward J. Davila |

**[PROPOSED] ORDER GRANTING PETITIONER'S REQUEST FOR INTERIM RELIEF**

The Court, having considered Petitioner's Request For a Briefing Schedule and Interim Relief, hereby GRANTS the Motion and ORDERS as follows:

Petitioner shall have until May 1, 2025 to respond to Respondent's *ex parte* application, without prejudice to its ability to respond earlier or seek other relief.

Respondent shall have until _____ to reply.

Respondent is ORDERED to withhold an OFAC filing until the Court has determined whether there is any basis for it to seek an OFAC advisory opinion or license following briefing.

Respondent is FURTHER ORDERED to identify the FBI/BIS agents it spoke with (confidentially if necessary, via direct e-mail between counsel) as well as provide Petitioner with all contact information in Respondent's possession and control, by April 11, 2025.

**IT IS SO ORDERED.**

Dated: _____          _____

                                                            Honorable Edward J. Davila
                                                            United States District Judge