WILLIAM J. FRIMEL (Bar No. 160287)
Seubert Frimel & Warner LLP
1075 Curtis Street
Menlo Park, CA  94025
Tel:  650.322.3048
Fax:  650.833.2976
bill@sffwlaw.com

Attorneys for Respondent
CAPITAL ASSET EXCHANGE & TRADING LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANGHAI TYRON SEMICONDUCTOR EQUIPMENT CO., LTD., a Chinese corporation,<br><br>Petitioner,<br><br>v.<br><br>CAPITAL ASSET EXCHANGE & TRADING LLC, a California limited liability company,<br><br>Respondent. | Case No. 5:24-cv-08551-EJD<br><br>**NOTICE OF WITHDRAWAL OF *EX PARTE* APPLICATION BY RESPONDENT CAPITAL ASSET EXCHANGE & TRADING LLC TO STAY ENTRY OF STIPULATED JUDGMENT, OR, IN THE ALTERNATIVE, TO STAY ENFORCEMENT OF STIPULATED JUDGMENT**<br><br>Hearing Date:  May 22, 2025<br>Hearing Time:  9:00 am<br>Courtroom:  4<br>Judge:  Hon. Edward J. Davila |

**NOTICE OF WITHDRAWAL OF *EX PARTE* APPLICATION**

PLEASE TAKE NOTICE that, pursuant to N.D. Cal. L.R. 7-7(e), Respondent Capital Asset Exchange & Trading LLC ("CAET") hereby withdraws its *Ex Parte* Application to Stay Entry of Stipulated Judgment, or, in the Alternative, to Stay Enforcement of Stipulated Judgment, which was filed on April 7, 2025 (Dkt. No. 27) (the "Application").  CAET withdraws the Application with prejudice, meaning that it shall not be refiled.

Dated:  April 17, 2025

/s/ William J. Frimel

WILLIAM J. FRIMEL
Attorneys for Respondent
CAPITAL ASSET EXCHANGE & TRADING LLC