Xinlin Li Morrow (State Bar No. 281707)
xinlin@moni.law
Jing He (State Bar No. 352460)
jing@moni.law
**Morrow Ni LLP**
3333 Michelson Drive Suite 300
Irvine, CA 92612
Telephone: (213) 282-8166

*Attorneys for Petitioner*
*Shanghai Tyron Semiconductor Equipment Co., Ltd.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanghai Tyron Semiconductor Equipment Co., Ltd., a Chinese Corporation<br><br>Petitioner,<br><br>v.<br><br>Capital Asset Exchange and Trading, LLC, a California Limited Liability Company,<br><br>Respondent. | Case No. 5:24-cv-08551-EJD<br><br>**JOINT STIPULATED REQUEST TO VACATE THE HEARING AND BRIEFING SCHEDULE**<br><br>Date: May 22, 2025<br>Time: 9:00 AM<br>Place: San Jose, Courtroom 4, 5th Floor<br>Judge: Edward J. Davila |

WHEREAS, on April 10, 2025, the Court set a hearing for May 22, 2025, at 9:00 AM and a briefing schedule for Respondent Capital Asset Exchange and Trading, LLC ("Respondent")'s Ex Parte Application to Stay Entry or Enforcement of Stipulated Judgment ("Application") (ECF No. 33);

WHEREAS, on April 17, 2025, Respondent filed a Notice of Withdrawal of Application (ECF No. 38).

NOW, THEREFORE, the Parties jointly respectfully request that the Court vacate the hearing set for May 22, 2025, at 9:00 AM and the associated briefing schedule.

Respectfully Submitted,

Date: April 29, 2025

MORROW NI LLP

By: /s/ *Jing He*
Xinlin Li Morrow
Jing He
3333 Michelson Drive Suite 300
Irvine, CA 92612
(213) 282-8166
xinlin@moni.law
jing@moni.law
*Attorneys for Petitioner Shanghai Tyron Semiconductor Equipment Co., Ltd.*

Date: April 29, 2025

Seubert Frimel & Warner LLP
By: /s/ *William J. Frimel*
William J. Frimel
1075 Curtis Street
Menlo Park, CA 94025
(650) 322-3048
bill@sfw-law.com
*Attorneys for Respondent Capital Asset Exchange and Trading, LLC*

**ATTESTATION RE ELECTRONIC SIGNATURES**

The filer of this document attests that all other Signatories to this document, on whose behalf this filing is submitted, concur as to the content and have authorized their signature and filing of the document.

DATED: April 29, 2025                    By:  */s/ Jing He*
                                                                                            Jing He